# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JOHN CUTCLIFFE, | ) | Case No. 3:17-CV-00222 |
| | ) | |
| Plaintiff, | ) | JUDGE ROSE |
| | ) | |
| -vs- | ) | |
| | ) | **JUDGMENT ENTRY** |
| WRIGHT STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons contained in the Memorandum of Opinion and Order, Defendant's Motion for Summary Judgment on all of Plaintiff's claims is granted. Further, Defendant's Motion for Summary Judgment on its counterclaim against Plaintiff is granted.

The Court hereby enters judgment in favor of Defendant Wright State University and against Plaintiff John Cutcliffe. Plaintiff is hereby ordered to pay Defendant in the amount of $22,845.24, plus pre-judgment interest beginning May 15, 2017 and post-judgment interest. Pre-judgment interest shall be at the rate prescribed by Ohio Revised Code § 1343.03. Post-judgment interest shall be at the rate prescribed in 28 U.S.C. § 1961. This case is closed.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

February  4 , 2019                             /s/ Thomas M. Rose
Date                                                    Thomas M. Rose
                                                              United States District Judge